IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LATWAHN MCELROY,

    Plaintiff,

v.

DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.

No. C 08-00663 CRB

**ORDER OF DISMISSAL**

Plaintiff, who is representing himself, alleges that while he was incarcerated at Kern Valley State Prison officials there were deliberately indifferent to his medical needs, including his needs for certain nutrition and need for a cane.

**STANDARD OF REVIEW**

Federal courts must engage in a preliminary screening of cases in which prisoners seek redress from a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The court must identify cognizable claims or dismiss the complaint, or any portion of the complaint, if the complaint "is frivolous, malicious, or fails to state a claim upon which relief may be granted," or "seeks monetary relief from a defendant who is immune from such relief." Id. § 1915A(b). Pro se pleadings must be liberally construed, however. Balistreri v. Pacifica Police Dep't, 901 F.2d 696, 699 (9th Cir. 1990).

## DISCUSSION

Plaintiff is no stranger to the federal courts. Between January 2007 and August 2008 he filed no fewer than 15 lawsuits in the Eastern District of California. Many of these cases challenge the same conduct at issue in this lawsuit. For example, in 07-1559 he claims prison officials at the Kern Valley State Prison were deliberately indifferent to his medical needs for the same reasons posited in this action. On April 7, 2008 he filed three cases, including the action pending before this Court, and all three address the same issue--his medical treatment at Kern Valley State Prison; indeed, 08-744 is an exact duplicate of this action.

In light of the pendency of plaintiff's other actions that include the exact same claims as are in this lawsuit, this action is DISMISSED without prejudice to plaintiff pursuing the claims in the other actions.

**IT IS SO ORDERED.**

Dated: March 30, 2009



CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE